JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIEDA SHAHBAZ and CYRIS SHAHBAZ,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>Defendants. | Case No.: 2:13-cv-07382-AB (SSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **145 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over the action, and this Order shall not prejudice any party to this action.

Dated: February 14, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.